# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SAMUEL PARKER, : No. 4 WM 2020
:
Petitioner :
:
:
:
v. :
:
:
:
PENNSYLVANIA BOARD OF PROBATION :
AND PAROLE, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.